

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00488-CV

Robert **DUNLAP**,
Individually and as Trustee of the Meta 1 Coin Trust,
Appellant

v.

Charles **TROIS**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-00955
Honorable Mary Lou Alvarez, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. We order that appellee recover from appellant the costs he incurred related to this appeal.

SIGNED December 23, 2020.

_____
Luz Elena D. Chapa, Justice